# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03CR207

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **Antonio Dawan Briggs** ) | |

    **THE MATTER** is before the court upon the Court's own motion for a continuance of this matter from the July 18, 2005 criminal term in the Charlotte Division.

    **The court finds** Defendant has filed a Motion to Dismiss or Sever Counts. The court will need additional time to rule on the matter. The Court therefore has sufficient cause for a continuance in this matter. The court further finds that the ends of justice served by taking such action outweigh the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

    **IT IS THEREFORE ORDERED** that this matter is hereby continued to **November 14, 2005 as to the above named Defendant in this case** in the Charlotte Division.

    The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: July 15, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge