IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR207-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTONIO DAWAN BRIGGS | ) | |
| | ) | |

    This matter is before the court upon the defendant's Motion to Dismiss or Sever Counts. Defendant previously made the same motions which were denied by magistrate judge David Keesler. The court has considered the defendant's motions and hereby DENIES the Motion to Dismiss or Sever Counts.
    IT IS SO ORDERED.

**Signed: September 21, 2005**

Graham C. Mullen
Chief United States District Judge