# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

NOV 1 4 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | |
|  | ) | **ORDER** |
| vs. | ) | |
|  | ) | |
|  | ) | **3:03cr207-Mu** |
| Antonio Briggs | ) | |
|  | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

**IT IS ORDERED** that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian the exhibits shall deliver the exhibits back to the clerk forthwith.

This _14th_ day of _Nov_____, 2005.

_____
Chief United States District Judge

cc: All counsel