IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR207

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANTONIO DAWAN BRIGGS ) | |
| ) | |

This matter is before the court upon the defendant's second *pro se* motion for judgment of acquittal. Upon review of the motion, the court denies the same. In his motion defendant alludes to a §2255, but has not filed such an action. Therefore the court will not consider it.

IT IS THEREFORE ORDERED that defendant's Motion for Judgment of Acquittal is hereby DENIED.

Signed: March 20, 2006

Graham C. Mullen
United States District Judge