# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:03CR207

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　Plaintiff　　　　　　 )<br>**vs.**　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>**ANTONIO DAWON BRIGGS,** )<br>　　　　Defendant.　　　　　 )<br>　　　　　　　　　　　　　　 ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the handwritten letter to obtain grand jury minutes filed March 27, 2006 by the Defendant, Antonio Dawon Briggs. Court records reflect that the Defendant is represented by attorney James S. Weidner, Jr. It is the practice of the Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Briggs has any matters he wishes this Court to consider, they must be submitted through his attorney, Mr. Weidner.

**IT IS, THEREFORE, ORDERED** that Mr. Briggs' motion to obtain grand jury minutes is **DENIED,** without prejudice to Mr. Briggs' right to re-file the motion, if appropriate, through his attorney.

The Clerk of Court is directed to send a copy of the motion to obtain grand jury minutes to Mr. Weidner, along with his copy of this Order.

**IT IS SO ORDERED**.

Signed: March 28, 2006

David C. Keesler
United States Magistrate Judge